644

■

Opinion
filed April 6, 1931. Rehearing denied April 21, 1931.

Edward E. Contarsy, for appellant; B. M. Steiner, of counsel. Edward J. Kelley and Newby & Murphy, for appellees; Edward J. Kelly and Claire T. Driscoll, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

John Roland, appellant, v. William Ramsey, appellee. Gen. No. 34,924.

Opinion filed April 6, 1931.

W. G. Morgan, for appellant. W. C. Shipnes, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

George F. Steger v. Chris G. Steger et al.

Christina Hrountos et al., plaintiffs in error, v. George F. Steger et al., defendants in error. Gen. No. 34,845.

Opinion filed April 6, 1931.

Jacobson, Merrick, Nierman & Silbert, for plaintiffs in error. P. H. Bishop, for defendant in error George F. Steger. Trude & Kahane, for defendants in error Louise Rosena Steger et al. Brundage, Landon & Holt, for defendants in error Steger & Sons Piano Mfg. Co. et al.

Mr. Justice O'Connor delivered the opinion of the court.

Johnson Service Company, appellee, v. Paschen Bros., Inc., appellant. Gen. No. 34,979.

Opinion filed April 6, 1931.

Maxfield Weisbrod and John A. Taylor, for appellant; Maxfield Weisbrod, of counsel. Henry S. Shedd, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Frederick C. Sommers, appellee, v. Diversey Store Fixture Company, appellant. Gen. No. 35,009.

Opinion filed April 6, 1931. Rehearing denied April 21, 1931.

Jacob Levy, for appellant; J. M. Gwin, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.